UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 05-10076-T |
| vs. ) | |
| ) | |
| DAVID McALEXANDER ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have DAVID McALEXANDER, SSN 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, DOB 02/25/1979, now being detained at the Gibson County Jail, Trenton, Tennessee appear before the Magistrate S. Thomas Anderson on the 31st day of JANUARY 2006 at 2:00 PM for an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 20th day of December, 2005.

JERRY R. KITCHEN
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Gibson County Jail, Trenton, Tennessee.

YOU ARE HEREBY COMMANDED to have DAVID McALEXANDER appear before the Magistrate S. Thomas Anderson at the date and time aforementioned.

ENTERED this 29th day of December, 2005.

S. Thomas Anderson
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CR-10076 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT